## MOTT et al. v. CLARKE.

### S. F. No. 783; March 7, 1899.

#### 56 Pac. 545.

**Contempt—Right of Appeal.—Under Code of Civil Procedure, section 1222, a judgment in contempt proceedings is not appealable.**

APPEAL from Superior Court, City and County of San Francisco.

Action by C. W. Mott and others against Alfred Clarke. From an order adjudging defendant guilty of contempt, he appeals. Appeal dismissed.

Alfred Clarke in pro. per.; Warren Olney for respondents.

PRINGLE, C.—This is an attempted appeal from an order of the superior court of the city and county of San Francisco, made December 4, 1895, adjudging appellant "guilty of contempt, and that he be confined in the county jail twenty-four hours, and pay to Eli T. Sheppard two hundred and seventy-five dollars on or before December 6, 1895." The order is not appealable: Ex parte Clancy, 90 Cal. 553, 27 Pac. 411; Cosby v. Superior Court, 110 Cal. 45, 42 Pac. 460. I advise that the appeal be dismissed.

We concur: Haynes, C.; Gray, C.

PER CURIAM.—For the reasons given in the foregoing opinion the appeal is dismissed.